**CONSENT TO SUE UNDER**

**THE FAIR LABOR STANDARDS ACT**

I, _Jesey Estrada_, am an individual formerly/currently employed by Omta Tech Inc., and its principal officer Omer Tale, (together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

Yo, [nombre], soy una persona que trabajó/trabaja para Omta Tech Inc. y su director principal, Omer Tale (en conjunto, incluyendo a sus sucesores, filiales o entidades relacionadas, los "Demandados"). Doy mi consentimiento para ser demandante en una acción legal para reclamar la compensación salarial adeudada por los Demandados.

Dated:  New York, New York
        January _30_, 2026


                                                    By: _Jesey Estrada_