USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

KENNETH CASTRO, et al.,

Plaintiffs,

-v-

OMTA TECH INC. *d/b/a* OMTA TECH, et al.,

Defendants.

---------------------------------------------------------------------X

23-cv-00133 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are hereby notified that Local Civil Rule 83.9 of the United States District Court for the Southern District of New York shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED.

Dated: March 23, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge