USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/04/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH CASTRO, *on behalf of himself and all others similarly situated*,

Plaintiffs,

-v-

OMTA TECH INC., et al.,

Defendants.

26-cv-0133 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiffs filed a letter-motion to compel discovery on August 31, 2026. Dkt. No. 50. Defendants responded in opposition to the motion on September 3, 2026. Dkt. No. 56.

Plaintiffs' motion is denied without prejudice to renewal for failure to comply with the Court's Individual Practices, which require any party filing a letter-motion to include a statement that it first attempted to confer in good faith with the opposing parties. *See* Individual Practices in Civil Cases, Chambers of Lewis J. Liman, Rule 1.C.

The Clerk of Court is respectfully directed to close Dkt. No. 50.

SO ORDERED.

Dated: September 4, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge